IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES E. EATON,

      Petitioner,

v.

TRUSTMARK NATIONAL BANK,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1338

Opinion filed August 9, 2017.

Petition for Writ of Certiorari – Original Jurisdiction.

Stephen MacNamara, Tallahassee; Daniel W. Uhlfelder and Nicola J. Pappas of Daniel W. Uhlfelder, P.A., Santa Rosa Beach, for Petitioner.

Oscar J. Locklin of Locklin, Saba, Locklin & Jones, P.A., Pace, for Respondent.

PER CURIAM.

      DENIED.

ROBERTS, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.